**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**SUSIE PIERCE STEWART**                                                                      **PLAINTIFF**

**VS.**                                                                **CIVIL ACTION NO. 3:03CV1222WS**

**J. STEPHEN SMITH, TRUSTEE FOR and on
behalf of THE BOARDWALK LOUNGE, INC., and
WESTERN HERITAGE INSURANCE COMPANY**                                **DEFENDANT**

_____

**RULE 58 JUDGMENT**
_____

For the reasons stated in the Court's order dated January 5, 2007, the above styled and numbered cause is dismissed without prejudice.

This the 11th day of January, 2007.

**s/ HENRY T. WINGATE**

**CHIEF UNITED STATES DISTRICT JUDGE**